1  **ROBINSON, CALCAGNIE & ROBINSON**
   620 Newport Center Drive, Suite 700
2  Newport Beach, California 92660
   Telephone: (949) 720-1288
3  Facsimile: (949) 720-1292
4
5  Attorneys for Plaintiffs, Doris Branson and John Branson
6
7
8
9               UNITED STATES DISTRICT COURT
10             NORTHERN DISTRICT OF CALIFORNIA
11
12
13                                          )    **CASE NO. C06-0237 (CRB)**
   IN RE: BEXTRA AND CELEBREX              )
14 MARKETING SALES PRACTICES AND           )    **MDL NO. 1699**
   PRODUCT LIABILITY LITIGATION            )    **District Judge: Charles R. Breyer**
15                                          )
                                           )
16 **DORIS BRANSON and JOHN BRANSON,**      )
                                           )
17         **Plaintiffs,**                 )    **STIPULATION AND ORDER OF**
                                           )    **DISMISSAL WITH PREJUDICE**
18 **vs.**                                 )
                                           )
19 **G.D. SEARLE & CO., PHARMACIA**        )
   **CORPORATION; MONSANTO**               )
20 **COMPANY, a Delaware corporation;**    )
   **PFIZER, INC., a Delaware corporation,** )
21                                          )
                                           )
22         **Defendants.**                 )
                                           )
23                                          )
                                           )
24                                          )
25
26         Come now the Plaintiffs, **DORIS BRANSON and JOHN BRANSON** and Defendants,
27 by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule
28
                                    -1-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**
EAST\42531961.1

1  | 41(a), and hereby stipulate to the dismissal of this action **with prejudice** with each side bearing

2  | its own attorneys' fees and costs.

3

4

5  |      DATED:  September 1, 2009          ROBINSON, CALCAGNIE & ROBINSON

6  |                                         By: *Mark P. Robinson, Jr.*

7  |                                             MARK P. ROBINSON, JR.
   |                                             Attorneys for Plaintiffs Doris Branson and
8  |                                             John Branson

9

10 |      DATED:  Oct. 22  , 2009            DLA PIPER LLP (US)

11

12 |                                         By: /s/
   |                                             Matt Holian
   |                                             Attorneys for Defendants

13

14

15 |      **PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION,**
16 |      **IT IS SO ORDERED.**

17

18 |      Dated:  OCT 2 8 2009

19 |                                         Hon. Charles R. Breyer
   |                                         United States District Court

20

21

22

23

24

25

26

27

28

-2-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE